UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKWIND LTD. | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 4:19-cv-00034 |
| HOUSTON CASUALTY COMPANY, QBE INSURANCE CORPORATION, ASPEN SPECIALTY INSURANCE COMPANY, HISCOX, INC. WESTCHESTER SURPLUS LINES INSURANCE COMPANY, UNDERWRITERS AT LLOYD'S, LONDON, INTERNATIONAL INSURANCE COMPANY OF HANOVER SE, ALTERRA EXCESS & SURPLUS INSURANCE COMPANY, SOMPO JAPAN INSURANCE COMPANY OF AMERICA, INTERSTATE FIRE & CASUALTY COMPANY, RSUI INDEMNITY COMPANY, HOMELAND INSURANCE COMPANY OF NEW YORK, EDWARD MARTIN SEWELL, JR., AND STEVEN M. PHILLIPS | § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and all remaining Defendants have reached a settlement in this matter. Plaintiff and Defendants need time to finalize the settlement documents and will submit a Joint Motion to Dismiss with Prejudice within 60 days.

Respectfully submitted,

By: ___*/s/ Jeffrey L. Raizner*___
    Jeffrey L. Raizner
    State Bar No. 00784806
    Andrew P. Slania
    State Bar No. 24056338
    Amy Bailey Hargis
    State Bar No. 24078630
    Ben Wickert
    State Bar No. 24066290

**RAIZNER SLANIA, LLP**
2402 Dunlavy Street
Houston, TX 77006
Telephone:    713-554-9099
Facsimile:    713-554-9098
Email: efile@raiznerlaw.com

**COUNSEL FOR PLAINTIFF BROOKWIND LTD.**

    -and-

By: ___*/s/ Barrie J. Beer*___
    Barrie J. Beer
    beer@mdjwlaw.com
    State Bar No. 02040750
    Amber R. Dunten
    dunten@mdjwlaw.com
    State Bar No. 24010004

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**
808 Travis Street, 20th Floor
Houston, TX 77002
Telephone:    713-632-1700
Facsimile:    713-222-0101

**COUNSEL FOR DEFENDANT HOUSTON CASUALTY COMPANY**

    -and-

By: */s/ James W. Holbrook, III*
James W. Holbrook, III
(Attorney-in-Charge)
jholbrook@zelle.com
State Bar No. 24032426

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone:     214-742-3000
Facsimile:      214-760-8994

**COUNSEL FOR DEFENDANTS ASPEN SPECIALTY INSURANCE COMPANY; ENGLE MARTIN & ASSOCIATES, LLC; STEVEN M. PHILLIPS; AND EDWARD MARTIN SEWELL, JR.**

   **-and-**


By: */s/ Carter L. Ferguson*
Carter L. Ferguson
cferguson@belaw.com
State Bar No. 06909500
Laura James
ljames@belaw.com
State Bar No. 24044562

**BRACKETT & ELLIS**
100 Main Street
Fort Worth, TX  76102-3090
Telephone:     817-338-1700
Facsimile:      817-870-2265

**COUNSEL FOR DEFENDANTS QBE INSURANCE COMPANY AND HISCOX, INC.**

   **-and-**

By:   */s/ Todd M. Tippett*
    Todd M. Tippett
    (Attorney-in-Charge)
    ttippett@zelle.com
    State Bar No. 24046977

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**COUNSEL FOR DEFENDANT ALERRA EXCESS & SURPLUS INSURANCE COMPANY**

    **-and-**

By:   */s/ Avi Moshenberg*
    David T. McDowell
    David.mcdowell@mhllp.com
    State Bar No. 24051009
    Avi Moshenberg
    Avi.moshenberg@mhllp.com
    State Bar No. 24083532

**MCDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, TX 77002
Telephone:    713-337-5580
Facsimile:    713-337-8850

**COUNSEL FOR DEFENDANT INTERSTATE FIRE & CASUALTY COMPANY**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Joint Notice of Settlement has been served this May 14, 2019, by electronic filing to all counsel of record.

                                                          */s/ James W. Holbrook, III*
                                                          James W. Holbrook, III