Case 4:19-cv-00034   Document 21   Filed on 07/17/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BROOKWIND LTD., § § Plaintiff, § VS. § HOUSTON CASUALTY COMPANY, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:19-CV-00034 |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed June 28, 2019, (Doc # 20), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 07/17/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge